IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 17-10172
_____

D.C. Docket No. 1:16-cv-02392-TWT


IRMA OVALLES,

                                        Petitioner - Appellant,

versus

UNITED STATES OF AMERICA,

                                        Respondent - Appellee.


_____

Appeal from the United States District Court
for the Northern District of Georgia
_____


Before ED CARNES, Chief Judge, TJOFLAT, MARCUS, WILSON, WILLIAM PRYOR, MARTIN, JORDAN, ROSENBAUM, JILL PRYOR, NEWSOM, and BRANCH, Circuit Judges. [*]

_____

[*] Judge Julie Carnes did not participate in the decision to rehear this case en banc and will not participate in the rehearing of it.  Judge Frank Hull took senior status on December 31, 2017, and as a result did not participate in the decision to rehear this case en banc.   As a member of the panel that originally issued a decision in this case, however, Judge Hull has elected to participate in the rehearing of it.  See 28 U.S.C. § 46(c).

BY THE COURT:

A majority of judges in active service having decided to rehear this case en banc, it is ORDERED that this case will be reheard en banc. The panel's opinion is VACATED.